UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Spencer Curtis Mairs,                           File No. 25-cv-3153 (ECT/EMB)

    Petitioner,

v.                                              **ORDER**

B. Eischen, *Warden*,

    Respondent.

---

Magistrate Judge Elsa M. Bullard issued a Report and Recommendation on December 29, 2025. ECF No. 8. No party has objected to that Report and Recommendation, and it is therefore reviewed for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Finding no clear error, and based on all the files, records, and proceedings herein, **IT IS ORDERED THAT**:

1. The Report and Recommendation [ECF No. 8] is **ACCEPTED** in full.

2. Petitioner Spencer Curtis Mairs's Petition for a writ of habeas corpus [ECF No. 1] is **DENIED**.

3. This matter is **DISMISSED WITHOUT PREJUDICE**.

    **LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: January 27, 2026            s/ Eric C. Tostrud
                                   Eric C. Tostrud
                                   United States District Court